AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-01685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* QUALITY ONE INC. was received by me on *(date)* Apr 20, 2020, 3:25 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SEAN WILLIAMS, who is designated by law to accept service of process on behalf of *(name of organization)* BUSINESS FILING INCORPORATED, THE REGISTERED AGENT FOR QUALITY ONE, INC. on *(date)* Thu, Apr 23, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 4/24/2020

*Server's signature*

Angela Lee - Process Server
*Printed name and title*

107 S. West St., Suite 417, Alexandria, DE 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 23, 2020, 2:19 pm at 108 WEST 13TH ST., WILMINGTON, DE 19801 received by QUALITY ONE INC. C/O BUSINESS FILING INCORPORATED, WHERE THE DOCUMENT WAS ACCEPTED BY SEAN WILLIAMS, INTAKE MANAGER.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, ORIGINAL CLASS ACTION COMPLAINT, NOTICE OF MANDATORY INITIAL DISCOVERY, AMENDED STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT AND MANDATORY INITIAL DISCOVERY PILOT PROJECT CHECKLIST.