AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-01685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MANJINDER TAKHAR was received by me on *(date)* Apr 20, 2020, 4:31 pm.

[X] I personally served the summons on the individual at *(place)* 764 HILLSBORO WAY, SAN MARCOS, CA 92069 on *(date)* Tue, Apr 21, 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 4/23/2020

TOMAS E. CORONEL
Notary Public - California
Riverside County
Commission # 2276372
My Comm. Expires Mar 1, 2023

4/23/2020
Server's signature

Gari Young - Process Server - R.P.S. # 1509
*Printed name and title*

P. O. Box 892074, Temecula, CA 92589
*Server's address*

CALIFORNIA JURAT CERTIFICATE
State of California
County of Riverside
Subscribed and sworn to (or affirmed) before me on this 22 day of APRIL, 2020
by GARI YOUNG
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Public Signature                Notary Seal

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2020, 7:48 pm at 764 HILLSBORO WAY, SAN MARCOS, CA 92069 received personally by MANJINDER TAKHAR.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, ORIGINAL CLASS ACTION COMPLAINT, NOTICE OF MANDATORY INITIAL DISCOVERY, AMENDED STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT AND MANDATORY INITIAL DISCOVERY PILOT PROJECT CHECKLIST.