**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WES NEWMAN, on behalf of himself and all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> QUALITY ONE INC., MSM LEADS, KEVIN MONTALVO, MANJINDER TAKHAR and STEPHEN NORRIS <br><br> *Defendants.* | Case No. 20-cv-01685 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wes Newman ("Plaintiff"), by and through his Counsel, requests that his claims be voluntarily dismissed without prejudice against Defendants Quality One Inc., MSM Leads, and Stephen Norris.[1] As a result, Plaintiff's claims are hereby dismissed without prejudice, with each side to bear its own fees and costs.

Respectfully submitted this 29th day of July 2020.

[SIGNATURE BLOCK ON NEXT PAGE]

*/s/ Douglas M. Werman*
Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Phone: (312) 419-1008
Email: dwerman@flsalaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Northern District of Illinois on July 29, 2020 and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

      */s/ Douglas M. Werman*
      Douglas M. Werman

---

[1] Plaintiff filed a Stipulation of Dismissal, on June 9, 2020, for Defendants Kevin Montalvo and Manjinder Takhar, ECF No. 18. The Court entered a Docket Entry dismissing Defendants Kevin Montalvo and Manjinder Takhar's claims without Prejudice that same day, ECF No. 19.